UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:  
SHERRI LYNN RUFFNER

Case No.: 14-30434  
Chapter 13

## NOTICE OF FINAL CURE

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor has completed all payments under the plan:

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5), the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

| MORTGAGE INFORMATION | |
|---|---|
| Creditor Name: | US BANK TRUST |
| Court Claim Number: | 13    UCI: |
| Last Four of Loan Number: | 1549 |
| Property Address if available: | 58248 RAMBLEWOOD ROAD, SOUTH BEND, IN |

| FINAL CURE AMOUNT | |
|---|---|
| Pre-petition Arrearage as allowed: | $30,343.61 |
| Pre-petition Amount paid by the Trustee: | $30,343.61 |
| Amount of Total Post-petition FRBP 3002.1(c) filings: | $0.00 |
| Amount of Post-petition FRBP 3002.1(c) paid by the Trustee: | $0.00 |
| Total Disbursements by Trustee: | $81,088.93 |

| POST PETITION MORTGAGE PAYMENT | |
|---|---|
| XX Mortgage is paid thru the Trustee conduit.<br><br>Current Monthly Mortgage Payment: $798.48<br><br>Next post-petition payment due: May 2019<br>If known, Principal Balance Outstanding: $81,228.78 as of March 14, 2019 | ___ Mortgage is paid direct by the Debtor.<br><br>**To the extent that the Debtor is not current as of the date of this Notice, the creditor should file a Response indicating same.** |

## YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the debtor and creditor. Payment history may be categorized into pre-petition payments, ongoing post-petition payments and supplemental post-petition payments.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 24, 2019                                                                 Respectfully Submitted:

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
Standing Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 254-1313

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below

**By U.S. Mail as follows:**
Debtor:   SHERRI LYNN RUFFNER, 58248 RAMBLEWOOD ROAD, SOUTH BEND, IN    46619
Creditor:   US BANK TRUST, C/O BSI FINANCIAL SERVICES, PO BOX 679002, DALLAS, TX    75267
Creditor Noticing Address:    US BANK TRUST, C/O BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, SUITE 400 IRVING, TX 75038

**By electronic e-mail to the U.S. Trustee, Creditor Attorney and the Debtor Attorney:**
U.S. Trustee:    ustpregion10.so.ecf@usdoj.gov
Creditor Attorney:   N/A
Debtor Attorney:    PATRICK M. SEESE


Date:   April 24, 2019                                                                 /s/ Harriette King

## Disbursements for Claim

Case: 14-30434    SHERRI LYNN RUFFNER

**US BANK TRUST**  
C/O BSI FINANCIAL SERVICES  
PO BOX 679002  
DALLAS, TX  75267-

Sequence: 10  
Modify:  
Filed Date: 7/8/2014 12:00:00AM  
Hold Code:

Acct No: 1549--O--1ST MTG POST PETI

58248 RAMBLEWOOD ROAD SOUTH BEND; 1ST MTG; AM PLAN PAYS & ARREARS; PYMT CHANGE 6/19/14 $853.12; 9/16/15 ADDY CHG; TRCL 6/20/17

|   |   |   |   |
|---|---|---|---|
| Amt Sched: $121,393.00 | Debt: $99,719.16 | Interest Paid: $0.00 | |
| | | Accrued Int: $0.00 | |
| Amt Due: $798.48 | Paid: $50,745.32 | Balance Due: $48,973.84 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |

### 0070    US BANK TRUST

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 007-0 | US BANK TRUST | | 04/01/2019 | 880553 | $798.48 | $0.00 | $798.48 | |
| | | | Payment for 4/2019 | | | | | |
| 007-0 | US BANK TRUST | | 03/01/2019 | 879229 | $798.48 | $0.00 | $798.48 | 03/14/2019 |
| | | | Payment for 3/2019 | | | | | |
| 007-0 | US BANK TRUST | | 02/01/2019 | 877950 | $798.48 | $0.00 | $798.48 | 02/13/2019 |
| | | | Payment for 2/2019 | | | | | |
| 007-0 | US BANK TRUST | | 01/01/2019 | 876500 | $798.48 | $0.00 | $798.48 | 01/09/2019 |
| | | | Payment for 1/2019 | | | | | |
| 007-0 | US BANK TRUST | | 12/01/2018 | 875165 | $798.48 | $0.00 | $798.48 | 12/14/2018 |
| | | | Payment for 12/2018 | | | | | |
| 007-0 | US BANK TRUST | | 11/01/2018 | 873875 | $798.48 | $0.00 | $798.48 | 01/16/2019 |
| | | | Payment for 11/2018 | | | | | |
| 007-0 | US BANK TRUST | | 10/01/2018 | 872502 | $798.48 | $0.00 | $798.48 | 10/10/2018 |
| | | | Payment for 10/2018 | | | | | |
| 007-0 | US BANK TRUST | | 09/01/2018 | 871155 | $798.48 | $0.00 | $798.48 | 09/11/2018 |
| | | | Payment for 9/2018 | | | | | |
| 007-0 | US BANK TRUST | | 08/01/2018 | 869759 | $798.48 | $0.00 | $798.48 | 08/13/2018 |
| | | | Payment for 8/2018 | | | | | |
| 007-0 | US BANK TRUST | | 07/01/2018 | 868453 | $798.48 | $0.00 | $798.48 | 07/10/2018 |
| | | | Payment for 7/2018 | | | | | |
| 007-0 | US BANK TRUST | | 06/01/2018 | 867105 | $798.48 | $0.00 | $798.48 | 06/14/2018 |
| | | | Payment for 6/2018 | | | | | |
| 007-0 | US BANK TRUST | | 05/01/2018 | 865650 | $798.48 | $0.00 | $798.48 | 05/10/2018 |
| | | | Payment for 5/2018 | | | | | |
| 007-0 | US BANK TRUST | | 04/01/2018 | 864359 | $798.48 | $0.00 | $798.48 | 04/11/2018 |
| | | | Payment for 4/2018 | | | | | |
| 007-0 | US BANK TRUST | | 03/01/2018 | 863053 | $798.48 | $0.00 | $798.48 | 03/14/2018 |
| | | | Payment for 3/2018 | | | | | |

1

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 007-0 | US BANK TRUST | | 02/01/2018 | 861770 | $798.48 | $0.00 | $798.48 | 02/13/2018 |
| 007-0 | US BANK TRUST | | 01/01/2018 | 860431 | $798.48 | $0.00 | $798.48 | 01/11/2018 |
| 007-0 | US BANK TRUST | | 12/01/2017 | 859125 | $798.48 | $0.00 | $798.48 | 12/15/2017 |
| 007-0 | US BANK TRUST | | 11/01/2017 | 856478 | $798.48 | $0.00 | $798.48 | 11/10/2017 |
| 007-0 | US BANK TRUST | | 10/01/2017 | 855072 | $798.48 | $0.00 | $798.48 | 10/20/2017 |
| 007-0 | US BANK TRUST | | 09/01/2017 | 853691 | $798.48 | $0.00 | $798.48 | 09/13/2017 |
| 007-0 | US BANK TRUST | | 08/01/2017 | 852236 | $798.48 | $0.00 | $798.48 | 08/11/2017 |
| 007-0 | US BANK TRUST | | 07/01/2017 | 850798 | $798.48 | $0.00 | $798.48 | 07/20/2017 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 06/01/2017 | 848345 | $798.48 | $0.00 | $798.48 | 07/12/2017 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 05/01/2017 | 846844 | $828.53 | $0.00 | $828.53 | 05/17/2017 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 04/01/2017 | 845338 | $828.53 | $0.00 | $828.53 | 04/19/2017 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 03/01/2017 | 843817 | $828.53 | $0.00 | $828.53 | 03/27/2017 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 02/01/2017 | 842314 | $828.53 | $0.00 | $828.53 | 03/06/2017 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 01/01/2017 | 840757 | $828.53 | $0.00 | $828.53 | 01/30/2017 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 01/01/2017 | 840757 | $24.59 | $0.00 | $24.59 | 01/30/2017 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 12/01/2016 | 839204 | $853.12 | $0.00 | $853.12 | 12/21/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 11/01/2016 | 837581 | $853.12 | $0.00 | $853.12 | 11/18/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 10/01/2016 | 836019 | $853.12 | $0.00 | $853.12 | 11/02/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 09/01/2016 | 834381 | $853.12 | $0.00 | $853.12 | 09/30/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 08/01/2016 | 832701 | $853.12 | $0.00 | $853.12 | 08/25/2016 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 07/01/2016 | 831017 | $853.12 | $0.00 | $853.12 | 07/28/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 06/01/2016 | 829308 | $853.12 | $0.00 | $853.12 | 06/30/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 05/01/2016 | 827372 | $853.12 | $0.00 | $853.12 | 06/07/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 04/01/2016 | 825572 | $853.12 | $0.00 | $853.12 | 04/19/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 03/01/2016 | 823734 | $853.12 | $0.00 | $853.12 | 04/06/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 02/01/2016 | 821935 | $853.12 | $0.00 | $853.12 | 02/22/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 01/01/2016 | 820080 | $853.12 | $0.00 | $853.12 | 01/21/2016 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 12/01/2015 | 818232 | $853.12 | $0.00 | $853.12 | 12/21/2015 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 11/01/2015 | 816315 | $853.12 | $0.00 | $853.12 | 12/11/2015 |
| 007-0 | FEDERAL NATIONAL MORTGAGE AS | | 10/01/2015 | 814448 | $853.12 | $0.00 | $853.12 | 10/29/2015 |
| 007-0 | SETERUS, INC. | | 09/01/2015 | 812952 | $853.12 | $0.00 | $853.12 | 09/25/2015 |
| 007-0 | SETERUS, INC. | | 08/01/2015 | 810947 | $853.12 | $0.00 | $853.12 | 08/31/2015 |
| 007-0 | SETERUS, INC. | | 07/01/2015 | 808866 | $853.12 | $0.00 | $853.12 | 07/16/2015 |
| 007-0 | SETERUS, INC. | | 06/01/2015 | 806803 | $853.12 | $0.00 | $853.12 | 06/09/2015 |
| 007-0 | SETERUS, INC. | | 05/01/2015 | 803784 | $1,067.32 | $0.00 | $1,067.32 | 05/22/2015 |
| 007-0 | SETERUS, INC. | | 04/01/2015 | 801657 | $1,432.50 | $0.00 | $1,432.50 | 04/20/2015 |
| 007-0 | SETERUS, INC. | | 03/01/2015 | 799452 | $2,148.75 | $0.00 | $2,148.75 | 03/24/2015 |
| 007-0 | SETERUS, INC. | | 12/01/2014 | 792825 | $470.15 | $0.00 | $470.15 | 12/11/2014 |
| 007-0 | SETERUS, INC. | | 11/01/2014 | 790605 | $853.12 | $0.00 | $853.12 | 11/14/2014 |
| 007-0 | SETERUS, INC. | | 10/01/2014 | 786048 | $853.12 | $0.00 | $853.12 | 10/14/2014 |

3

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 007-0 | SETERUS, INC. | | 09/01/2014 | 783080 | $853.12 | $0.00 | $853.12 | 09/15/2014 |
| 007-0 | SETERUS, INC. | | 08/01/2014 | 776244 | $4,325.68 | $0.00 | $4,325.68 | 08/14/2014 |
| | | | | Sub-totals: | $50,745.32 | $0.00 | $50,745.32 | |
| | | | | Grand Total: | $50,745.32 | $0.00 | | |

4

## Disbursements for Claim

Case: 14-30434    SHERRI LYNN RUFFNER

US BANK TRUST
C/O BSI FINANCIAL SERVICES
PO BOX 679002
DALLAS, TX 75267-

Sequence: 20
Modify:
Filed Date: 7/8/2014 12:00:00AM
Hold Code:

Acct No: 1549--A--1ST MTG PRE PETIT

1ST MTG PRE PETITION ARREARS; AM PLAN PAYS ARREARS AT 0% AND PRORATA; OK PER REVIEW WITH CG; 9/16/15 ADDY CHG; TRCL 6/20/17

|  |  | Debt: | $30,343.61 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- | --- |
| Amt Sched: | $21,673.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $30,343.61 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **0400** | **US BANK TRUST** | | | | | | | |
| 040-0 | US BANK TRUST | | 07/01/2018 | 868453 | $3.61 | $0.00 | $3.61 | 07/10/2018 Payment for 7/2018 |
| 040-0 | US BANK TRUST | | 06/01/2018 | 867105 | $777.28 | $0.00 | $777.28 | 06/14/2018 Payment for 6/2018 |
| 040-0 | US BANK TRUST | | 05/01/2018 | 865650 | $1,559.25 | $0.00 | $1,559.25 | 05/10/2018 Payment for 5/2018 |
| 040-0 | US BANK TRUST | | 04/01/2018 | 864359 | $777.29 | $0.00 | $777.29 | 04/11/2018 |
| 040-0 | US BANK TRUST | | 03/01/2018 | 863053 | $777.28 | $0.00 | $777.28 | 03/14/2018 Payment for 3/2018 |
| 040-0 | US BANK TRUST | | 02/01/2018 | 861770 | $777.28 | $0.00 | $777.28 | 02/13/2018 |
| 040-0 | US BANK TRUST | | 01/01/2018 | 860431 | $777.29 | $0.00 | $777.29 | 01/11/2018 |
| 040-0 | US BANK TRUST | | 12/01/2017 | 859125 | $777.29 | $0.00 | $777.29 | 12/15/2017 |
| 040-0 | US BANK TRUST | | 11/01/2017 | 856478 | $1,559.25 | $0.00 | $1,559.25 | 11/10/2017 |
| 040-0 | US BANK TRUST | | 10/01/2017 | 855072 | $780.61 | $0.00 | $780.61 | 10/20/2017 |
| 040-0 | US BANK TRUST | | 09/01/2017 | 853691 | $780.62 | $0.00 | $780.62 | 09/13/2017 |
| 040-0 | US BANK TRUST | | 08/01/2017 | 852236 | $780.61 | $0.00 | $780.61 | 08/11/2017 |
| 040-0 | US BANK TRUST | | 07/01/2017 | 850798 | $706.69 | $0.00 | $706.69 | 07/20/2017 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 06/01/2017 | 848346 | $1,453.35 | $0.00 | $1,453.35 | 07/12/2017 |

1

| Claim | name | Type | Date | Check # | Principal | Interest | DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|---|
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 05/01/2017 | 846844 | $677.08 | $0.00 | | $677.08 | 05/17/2017 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 04/01/2017 | 845338 | $677.08 | $0.00 | | $677.08 | 04/19/2017 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 03/01/2017 | 843817 | $677.08 | $0.00 | | $677.08 | 03/27/2017 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 02/01/2017 | 842314 | $677.08 | $0.00 | | $677.08 | 03/06/2017 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 01/01/2017 | 840757 | $652.86 | $0.00 | | $652.86 | 01/30/2017 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 12/01/2016 | 839204 | $652.86 | $0.00 | | $652.86 | 12/21/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 11/01/2016 | 837581 | $1,399.52 | $0.00 | | $1,399.52 | 11/18/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 10/01/2016 | 836019 | $640.13 | $0.00 | | $640.13 | 11/02/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 09/01/2016 | 834381 | $640.13 | $0.00 | | $640.13 | 09/30/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 08/01/2016 | 832701 | $668.78 | $0.00 | | $668.78 | 08/25/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 07/01/2016 | 831017 | $668.78 | $0.00 | | $668.78 | 07/28/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 06/01/2016 | 829308 | $1,423.40 | $0.00 | | $1,423.40 | 06/30/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 05/01/2016 | 827372 | $668.78 | $0.00 | | $668.78 | 06/07/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 04/01/2016 | 825572 | $668.78 | $0.00 | | $668.78 | 04/19/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 03/01/2016 | 823734 | $668.78 | $0.00 | | $668.78 | 04/06/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 02/01/2016 | 821935 | $668.78 | $0.00 | | $668.78 | 02/22/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 01/01/2016 | 820080 | $614.61 | $0.00 | | $614.61 | 01/21/2016 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 12/01/2015 | 818232 | $1,260.91 | $0.00 | | $1,260.91 | 12/21/2015 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 11/01/2015 | 816315 | $560.45 | $0.00 | | $560.45 | 12/11/2015 |
| 040-0 | FEDERAL NATIONAL MORTGAGE AS | | 10/01/2015 | 814448 | $548.63 | $0.00 | | $548.63 | 10/29/2015 |

2

| Claim | name | Type | Date | Check # | Principal | Interest | DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|---|
| 040-0 | SETERUS, INC. | | 09/01/2015 | 812952 | $548.63 | $0.00 | | $548.63 | 09/25/2015 |
| 040-0 | SETERUS, INC. | | 08/01/2015 | 810947 | $526.46 | $0.00 | | $526.46 | 08/31/2015 |
| 040-0 | SETERUS, INC. | | 07/01/2015 | 808866 | $1,209.93 | $0.00 | | $1,209.93 | 07/16/2015 |
| 040-0 | SETERUS, INC. | | 06/01/2015 | 806803 | $526.46 | $0.00 | | $526.46 | 06/09/2015 |
| 040-0 | SETERUS, INC. | | 05/01/2015 | 803784 | $129.93 | $0.00 | | $129.93 | 05/22/2015 |

Sub-totals: $30,343.61    $0.00    $30,343.61

Grand Total: $30,343.61    $0.00

3